IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, Christian M. Heesch, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0364-KD-B ) |
| DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC-DIAGNOSTIC AND MEDICAL, P.C.; INFIRMARY MEDICAL CLINICS, P.C.; & INFIRMARY HEALTH SYSTEMS, INC., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.  the relator's Second Amended Complaint (doc. 21), the Government's Notice of Intervention (doc. 28), and this Order be unsealed;

2.  any amended complaint to be filed by the Government must be filed and served within thirty (30) days;

3.  all other papers or Orders on file in this matter shall remain under seal; and

4.  the seal shall be lifted on all matters occurring in this action after the date of this Order.

**DONE** and **ORDERED** this the 8th day of July 2013.

                                                s / Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**