IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Christian M. Heesch,<br><br>**Plaintiff**<br><br>v.<br><br>DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC-DIAGNOSTIC AND MEDICAL CLINIC, P.C.; IMC-NORTHSIDE CLINIC, P.C.; and INFIRMARY HEALTH SYSTEM, INC.,<br><br>**Defendants** | Case No. 1:11-cv-364-KD-B |

**DEFENDANT DIAGNOSTIC PHYSICIANS GROUP, P.C.'S MOTION TO DISMISS THE CLAIMS ASSERTED AGAINST IT IN THE UNITED STATES' COMPLAINT IN INTERVENTION**

Defendant Diagnostic Physicians Group, P.C. ("DPG") moves the Court under Federal Rules of Civil Procedure 9(b) and 12(b)(6) for a dismissal of all claims that the United States has asserted against DPG in the Complaint in Intervention in this action. As grounds in support of this motion, DPG adopts the authorities and matters contained in the accompanying brief in support and submits that all five counts asserted against DPG in the Complaint fail to state a claim upon which relief can be granted.

Dated: October 7, 2013.

*/s/ David W. Proctor*
David W. Proctor (PROCD3254)
Daniel J. Martin (MARTD8327)
Attorneys for Defendant Diagnostic Physicians Group, P.C.

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:	(205) 458-9400
Facsimile:	(205) 458-9500
Email:	dwp@johnstonbarton.com
	djm@johnstonbarton.com

	*/s/ James B. Newman*
	James B. Newman (NEWMJ8049)
	Attorney for Defendant Diagnostic
	Physicians Group, P.C.

**HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE**
Post Office Box 2767
Mobile, Alabama  36652
Telephone:	251-432-5521
Email:	jbn@helmsinglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve the same electronically on all counsel and parties of record in this matter, including:

Deidre Colson deidre.colson@usdoj.gov
Christ N. Coumanis coumanis@c-ylaw.com
David P. York david@c-ylaw.com
Caine O'Rear III corear@handarendall.com
Windy C. Bitzer wbitzer@handarendall.com
Douglas Rosenthal douglas.j.rosenthal@usdoj.gov
Eugene A. Seidel eugene.seidel@usdoj.gov
Kimberly Friday kimberly.i.Friday@usdoj.gov
Lisa M. Noller lnoller@foley.com
Michael P. Mathews mmathews@foley.com
Heidi A. Sorenson hsorensen@foley.com

                                              /s/ *Daniel J. Martin*
                                              Of Counsel