UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Christian M. Heesch,<br><br>    Plaintiff,<br><br>  v.<br><br>DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC - DIAGNOSTIC AND MEDICAL CLINIC, P.C.; IMC - NORTHSIDE CLINIC, P.C.; INFIRMARY MEDICAL CLINICS, P.C.; and INFIRMARY HEALTH SYSTEM, INC.<br><br>    Defendant. | Civil Action No. 11-364-KD-B<br><br>**Oral Argument Requested** |

**INFIRMARY DEFENDANTS' MOTION TO DISMISS
UNITED STATES' COMPLAINT IN INTERVENTION**

Defendants IMC - Diagnostic and Medical Clinic, P.C. ("DMC"), IMC - Northside Clinic, P.C. ("Northside"), Infirmary Medical Clinics, P.C. ("IMC"), and Infirmary Health System, Inc. ("IHS") (collectively, the "Infirmary Defendants") hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all counts against them contained in the United States' Complaint in Intervention (Doc. 30) because the United States: (a) failed to meet the minimum pleading requirements of Fed. R. Civ. P. 8 and 9(b); (b) failed to plead any facts stating a claim against IMC and IHS (which are simply related companies of other defendants DMC and Northside Clinics), either directly or indirectly; and (c) failed to identify whether Counts IV and V were brought under state or federal common law.  In the alternative, regarding Counts IV and V, the Infirmary Defendants respectfully request that the Court order the United States to file a more definite statement identifying whether those counts are brought pursuant to state or federal common law, and an opportunity to file a responsive pleading thereto.

This motion is supported by an accompanying Brief in Support of Infirmary Defendants' Motion to Dismiss the United States' Complaint in Intervention. The Infirmary Defendants request oral argument pursuant to Local Rule 7.3 if the Court believes oral argument would assist in the disposition of this motion.

Dated:  October 7, 2013                    Respectfully submitted,

<div style="margin-left:3em">

/s/ Caine O'Rear III
Caine O'Rear III (OREAC6985)
Windy C. Bitzer (BITZW7315)
Hand Arendall LLC
P. O. Box 123
Mobile, AL 36601
Telephone:  251.432.5511
Facsimile:  251.694.6375
corear@handarendall.com
wbitzer@handarendall.com

Michael P. Matthews
*(pro hac vice admission pending)*
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida  33602-5810
Telephone:  813.225.4131
Facsimile: 813.221.4210
mmatthews@foley.com

Lisa M. Noller
*(admitted pro hac vice)*
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60654-5313
Telephone:  312.832.4363
Facsimile:  312.832.4700
lnoller@foley.com

Heidi A. Sorensen
*(admitted pro hac vice)*
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007-5109
Telephone:  202.672.5596
Facsimile:  202.672.5399
hsorensen@foley.com

*Attorneys for Defendants IMC - Diagnostic and Medical Clinic, P.C., IMC - Northside Clinic, P.C., Infirmary Medical Clinics, P.C., and Infirmary Health System, Inc.*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

Dated:  October 7, 2013　　　　　　　　　　　　　　　/s/ Caine O'Rear III
　　　　　　　　　　　　　　　　　　　　　　　　　　Caine O'Rear III