UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Christian M. Heesch,<br><br>Plaintiff,<br><br>v.<br><br>DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC - DIAGNOSTIC AND MEDICAL CLINIC, P.C.; IMC - NORTHSIDE CLINIC, P.C.; INFIRMARY MEDICAL CLINICS, P.C.; and INFIRMARY HEALTH SYSTEM, INC.,<br><br>Defendant. | Civil Action No. 11-364-KD-B |

## NOTICE OF SIGNING

The undersigned counsel were inadvertently left off the signature block of the Report of Parties Planning Meeting (Doc. 80) filed yesterday, December 18, 2013, and this notice constitutes their joining in that filing.

Dated: December 19, 2013

Respectfully submitted,

/s/ Caine O'Rear III
Caine O'Rear III (OREAC6985)
Windy Cockrell Bitzer (BITZW7315)
Hand Arendall LLC
P. O. Box 123
Mobile, AL 36601
Telephone: 251.432.5511
Facsimile: 251.694.6375
corear@handarendall.com
wbitzer@handarendall.com

*Attorneys for Defendants IMC - Diagnostic and Medical Clinic, P.C., IMC - Northside Clinic, P.C., Infirmary Medical Clinics, P.C., and Infirmary Health System, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

| | |
|---|---|
| Dated:  December 19, 2013 | /s/ Caine O'Rear III<br>Caine O'Rear III |