UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Christian M. Heesch,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC - DIAGNOSTIC AND MEDICAL CLINIC, P.C.; INFIRMARY MEDICAL CLINICS, P.C.; and INFIRMARY HEALTH SYSTEM, INC.<br><br>　　　　Defendant. | Civil Action No. 11-364-KD-B<br><br>Oral Argument Requested |

## INFIRMARY DEFENDANTS' MOTION TO DISMISS
## RELATOR'S THIRD AMENDED COMPLAINT

　　　　Defendants IMC - Diagnostic and Medical Clinic, P.C. ("DMC"), Infirmary Medical Clinics, P.C. ("IMC"), and Infirmary Health System, Inc. ("IHS") (collectively, the "Infirmary Defendants") hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Relator's Third Amended Complaint (Doc. 66) as to the Infirmary Defendants because the Infirmary Defendants are not proper defendants in the Relator's action against his employer for retaliation and wrongful discharge. The Relator failed to meet the minimum pleading requirements of Fed. R. Civ. P. 8 as to any Infirmary Defendant. The Relator does not allege that he was an employee, agent, or contractor of any Infirmary Defendant. He also does not identify any retaliatory behavior by any Infirmary Defendant, much less retaliatory behavior "because of" any protected activity by the Relator. The Infirmary Defendants did not (and do not) even have the capacity to discriminate against the Relator in the terms and conditions of his employment, nor the capacity to provide the relief he requests and that provided by statute.

This motion is supported by an accompanying Brief in Support of Infirmary Defendants' Motion to Dismiss the Relator's Third Amended Complaint. The Infirmary Defendants request oral argument pursuant to Local Rule 7.3 if the Court believes oral argument would assist in the disposition of this motion.

Dated:  December 30, 2013                          Respectfully submitted,

<u>/s/ Caine O'Rear III</u>
Caine O'Rear III (OREAC6985)
Windy Cockrell Bitzer, (BITZW7315)
Hand Arendall LLC
P. O. Box 123
Mobile, AL 36601
Telephone:  251.432.5511
Facsimile:  251.694.6375
corear@handarendall.com
wbitzer@handarendall.com

Michael P. Matthews
*(admitted pro hac vice)*
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida  33602-5810
Telephone:  813.225.4131
Facsimile: 813.221.4210
mmatthews@foley.com

Lisa M. Noller
*(admitted pro hac vice)*
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60654-5313
Telephone:  312.832.4363
Facsimile:  312.832.4700
lnoller@foley.com

Heidi A. Sorensen
*(admitted pro hac vice)*
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007-5109
Telephone:  202.672.5596
Facsimile:  202.672.5399
hsorensen@foley.com

*Attorneys for Defendants IMC - Diagnostic and Medical Clinic, P.C., IMC - Northside Clinic, P.C., Infirmary Medical Clinics, P.C., and Infirmary Health System, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

| | |
|---|---|
| Dated:  December 30, 2013 | <u>/s/ Caine O'Rear III</u><br>Caine O'Rear III |

4848-2326-0694.1