IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., | ) | |
| Christian M. Heesch, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil Action No. 11-364-KD-B |
| DIAGNOSTIC PHYSICIANS GROUP, | ) | |
| P.C.; IMC-DIAGNOSTIC AND | ) | |
| MEDICAL, P.C.; INFIRMARY | ) | |
| MEDICAL CLINICS, P.C.; and | ) | |
| INFIRMARY HEALTH SYSTEM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To:   All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, United States of America, will take the deposition upon oral examination of J. Michael O'Dowd, M.D., on April 2, 2014, at 10:00 a.m., at the Office of the United States Attorney, Riverview Plaza, Suite 600, 63 South Royal Street, Mobile, Alabama, as a witness for purposes of discovery before a certified court reporter duly authorized to administer oaths and to be recorded stenographically and/or by audio or audio-visual means and will continue from day to day, until its completion. This deposition will be taken for

all purposes permitted under the Federal Rules of Civil Procedure. All parties are invited to attend and to cross-examine.

DATED this 5th day of March 2014.

      STUART F. DELERY
      ASSISTANT ATTORNEY GENERAL

      KENYEN R. BROWN
      UNITED STATES ATTORNEY

 By: */s/ Deidre Colson*
    DEIDRE LAMPPIN COLSON
    Assistant United States
    Attorney U.S. Attorney's Office
    for the Southern District of
    Alabama Riverside Plaza
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 441-5845
    Fax:   (251) 441-5051
    Email:  deidre.colson@usdoj.gov

    MICHAEL D.GRANSTON
    TRACY L. HILMER
    DOUGLAS ROSENTHAL
    KIMBERLY FRIDAY
    Attorneys, United States Department of Justice
    Civil Division
    Post Office Box 261, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-2073
    Fax:   (202) 307-5788

    *Attorneys for the United States*

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing **Notice of Deposition** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record.

Christ Coumanis, Esq.
David York, Esq.
COUMANIS & YORK, P.C.
Post Office Box 2627
Daphne, Alabama 36526
E-Mail: coumanis@c-ylaw.com
E-Mail: david@c-ylaw.com
**Attorneys for Christian M. Heesch**

James B. Newman
Helmsing, Leach, Herlong
Newman & Rouse, P.C.
P.O. Box 2767
Mobile, AL 36652
Email: jbn@helmsinglaw.com

Daniel J. Martin
Jones Walker LLP
1819 5th Ave N, Ste 1100
Birmingham, AL 35203
Email: danielmartin@joneswalker.com
**Attorneys for Diagnostic Physicians Group, P.C.**

Heidi A. Sorensen, Esq.
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
E-Mail: HSorensen@foley.com

Lisa M. Noller, Esq.
FOLEY & I.ARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
E-Mail: lnoller@foiey.corn

Michel P. Matthews, Esq.
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
E-Mail: mmathcrws@foley.com

Caine O'Rear III
Windy C. Bitzer
HAND ARENDALL LLC
P.O. Box 123
11 N. Water St., Ste 30200
Mobile, Alabama 36601
E-Mail: corear@handarendall.com
E-Mail: wbitzer@handarendall.com
**Attorneys for IMC-Diagnostic and Medical Clinic, P.C.; IMC-Northside Clinic, P.C.; Infirmary Medical Clinics, P.C.; and Infirmary Health System, Inc.**

This 5th day of March, 2014.

/s/Deidre Colson
DEIDRE COLSON