**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Christian M. Heesch, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 11-364 ) |
| DIAGNOSTIC PHYSICIANS GROUP, P.C., ET AL. | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

David W. Proctor respectfully requests that he be allowed to withdraw as counsel for Defendant Diagnostic Physicians Group, P.C. Said Defendant will continue to be represented by Daniel J. Martin and James B. Newman. The withdrawal of the undersigned as additional counsel to Defendant Diagnostic Physicians Group, P.C., will not result in any delay of these proceedings.

WHEREFORE, based on the above, the undersigned respectfully requests that he be allowed to withdraw.

Dated this 6th day of March 2014.

>                */s/ David W. Proctor*
> David W. Proctor
> Attorney for Defendant Diagnostic
> Physicians Group, P.C.

20488745 v1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 6th day of March 2014:

Deidre L. Colson
Assistant United States Attorney
United States Attorney's Office
Southern District of Alabama
Riverview Plaza
63 S. Royal Street, Suite 600
Mobile, AL 36602

Michael D. Granston
Tracy L. Hilmer
Douglas Rosenthal
Kimberly Friday
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261, Ben Franklin Station
Washington, DC 20044

Christ Coumanis
David York
*Attorneys for Relator Christian Heesch*
Coumanis & York, P.C.
2101 Main Street, Post Office Box 2627
Daphne, AL 36526

Caine O'Rear III
Windy Cockrell Bitzer
Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601

Michael P. Matthews
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Lisa M. Noller
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Heidi A. Sorensen
Foley & Lardner LLP\
3000 K Street, N.W., Suite 600
Washington, DC 20007-5109

Daniel J. Martin
Jones Walker LLP
One Federal Place, Suite 1100
1819 5th Ave N
Birmingham, AL 35203

*/s/ David W. Proctor*
OF COUNSEL