IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Christian M. Heesch, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.:  11-364-KD-B |
| DIAGNOSTIC PHYSICIANS GROUP, P.C., et al. | * | |
| | * | |
| Defendants. | | |

**JOINT MOTION TO EXTEND TIME FOR
RESPONSES TO MOTIONS IN LIMINE**

All parties move the Court to extend the time for responses to motions in limine so that the responses are due Wednesday, September 3 as opposed to Friday, August 29.  As grounds in support of this motion, the parties show unto the Court that they are earnestly engaged in mediation efforts, and the extension would further those efforts.

  s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant Diagnostic
Physicians Group, P.C.

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
251-432-5521
Email:  jbn@helmsinglaw.com

                                                  s/ David York [1]
                                                  DAVID YORK (YORKD2887)
                                                  Attorney for Christian M. Heesch

OF COUNSEL:
COUMANIS & YORK, P.C.
POST OFFICE BOX 2627
DAPHNE, ALABAMA  36526
251-990-3083
Email:  david@c-ylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 29th day of August, 2014.

                                                  s/ James B. Newman
                                                OF COUNSEL

408974

---

[1] Attorney David York has given permission for his signature to be affixed to this pleading and filed in Court.