IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Christian M. Heesch, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 11-364-KD-B |
| DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC-DIAGNOSTIC AND MEDICAL CLINIC, P.C.; IMC-NORTHSIDE CLINIC, P.C.; INFIRMARY MEDICAL CLINICS, P.C.; and INFIRMARY HEALTH SYSTEM, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

Defendant Diagnostic Physicians Group, P.C. ("DPG") hereby notifies the Court that Christian Heesch and DPG have resolved all claims by agreement and will be filing a joint motion to dismiss all claims with prejudice upon completion of certain settlement terms.

Dated this 4th day of September, 2014.

Respectfully submitted,

*/s/ Daniel Martin*
Daniel J. Martin (MARTD8327)
James B. Newman (NEWMJ8049)
Edward A. R. Miller (MILLE7815)
Attorneys for Diagnostic Physicians Group, P.C.

OF COUNSEL:

**Jones Walker LLP**
Daniel J. Martin

1

One Federal Place
1819 5th Avenue North, Suite 1100
Birmingham, AL  35203
T: (205) 244-5307
F: (205) 244-5400
danielmartin@joneswalker.com

Edward A. R. Miller
RSA Battlehouse Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
T: (251) 439-7516
F: (251) 439-7360
emiller@joneswalker.com

OF COUNSEL:

**Helmsing, Leach, Herlong,
  Newman & Rouse**
Post Office Box 2767
Mobile, Alabama  36652
251-432-5521
Email:   jbn@helmsinglaw.com

### CERTIFICATE OF SERVICE

    I certify that on September 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                */s/ Daniel J. Martin*
                                Of Counsel