IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **Christian M. Heesch,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 11-364-KD-B |
| **DIAGNOSTIC PHYSICIANS GROUP, P.C.; IMC-DIAGNOSTIC AND MEDICAL CLINIC, P.C.; IMC-NORTHSIDE CLINIC, P.C.; INFIRMARY MEDICAL CLINICS, P.C; and INFIRMARY HEALTH SYSTEM, INC.,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties notified this court that they have reached a settlement agreement. (Doc. 497). Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 4th day of September 2014.

/s/ Kristi K. DuBose
**Kristi K. DuBose**
**UNITED STATES DISTRICT JUDGE**